UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | 3:22-cv-00153-DEB<br><br>**ORDER GRANTING JOINT STIPULATION FOR AWARD OF EAJA FEES**<br><br>**[DKT. NO. 13]** |

Before the Court is the parties' Joint Stipulation for the Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Dkt. No. 13. The Court GRANTS the Joint Stipulation and, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), awards Plaintiff attorneys fees in the amount of $7,500 subject to the terms of the Motion.

    **IT IS SO ORDERED.**

Dated: January 18, 2023

                                                                 Honorable Daniel E. Butcher
                                                                 United States Magistrate Judge