UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH L.<br><br>Plaintiff,[1]<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,[2]<br><br>Defendant. | Case No.: 22-cv-0153-DEB<br><br>**ORDER DENYING MOTION FOR ATTORNEY'S FEES, AND STRIKING OPPOSITION**<br><br>**[DKT. NOS. 15, 22]** |

Before the Court is Plaintiff counsel's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b). Dkt. No. 15 ("Motion"). Plaintiff opposes (Dkt. No. 22), but the Commissioner does not (Dkt. No. 18).

The Court denies the Motion without prejudice because the submitted billing records are not authenticated by a declaration. Counsel may refile the Motion with a declaration "properly authenticating [her] billing records" to satisfy "her burden of producing evidence documenting the hours expended," and evidence supporting those hours. *Shapiro v.*

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party in this case. CivLR 7.1(e)(6)(b).

[2] Frank Bisignano is substituted for Kilolo Kijikazi pursuant to Fed. R. Civ. P. 25(d).

*Pemmasani*, No. CV 23-4762-KK-AGRx, 2024 WL 5275497, at *7 (C.D. Cal. July 23, 2024); *accord Perez v. County of Los Angeles*, No. CV 22-7696 SVW (AS), 2024 WL 3280697, at *3 (C.D. Cal. June 3, 2024) (sua sponte striking exhibit for lack of authentication pursuant to the Federal Rules).

The Court also strikes Plaintiff's opposition, which was signed by a non-attorney. Plaintiff's privilege to represent himself "is personal to [himself] and does not extend to other parties or entities." *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008); *accord* Civ.LR 83.11(a) ("Any person who is appearing propria persona, (without an attorney) (i.e. pro se) must appear personally for such purpose and may not delegate that duty to any other person, including husband or wife . . . ."). Plaintiff and his spouse are cautioned that the unlicensed practice of law is unlawful. Cal. Bus. & Prof. Code § 6126(a) (imposing misdemeanor criminal liability for unauthorized practice of law); *In re Reynoso*, 477 F.3d 1117, 1125 (9th Cir. 2007) (preparing legal documents constitutes practicing law). Accordingly, any opposition to a renewed motion must be filed by Plaintiff himself or a licensed attorney.

Counsel must refile any motion for attorney's fees no later than **May 15, 2026**. Plaintiff must file any opposition no later than **May 29, 2026**. The Clerk of Court is directed to strike Plaintiff's opposition (Dkt. No. 22) from the docket.

**IT IS SO ORDERED.**

Dated: May 1, 2026

Honorable Daniel E. Butcher
United States Magistrate Judge

2

22-cv-0153-DEB